UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN A RICHARDSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARGARET GILBERT, et al.,<br><br>                    Defendants. | Case No. C19-5525-BHS-TLF<br><br>REPORT AND RECOMMENDATION<br>NOTED FOR: **SEPTEMBER 13, 2019** |

Plaintiff John A. Richardson, who is proceeding *pro se*, filed a proposed 42 U.S.C. §1983 civil rights complaint. Dkt. 1. Plaintiff also filed a document entitled "Declaration in Support of Motion to Proceed *In Forma Pauperis* ("IFP")" but failed to file a proper IFP form. Dkt. 1. By letter dated June 11, 2019, the Clerk of Court provided plaintiff with the correct IFP form and directed plaintiff to submit the corrected form by July 11, 2019. Dkt. 2. The Clerk further informed plaintiff in that letter that the status of his case could be affected if the deficiencies were not corrected. *Id.*

On June 30, 2019, plaintiff submitted the IFP form but failed to sign the "written consent for payment of costs" portion of the form. Dkt. 3. By letter dated July 1, 2019, the Clerk of Court informed the plaintiff his IFP application was deficient and instructed plaintiff to cure the deficiency by July 31, 2019. Dkt. 4. The Clerk again indicated in the letter that the status of plaintiff's case could be affected if the deficiencies were not corrected. *Id.* On July 14, 2019, plaintiff submitted another IFP form which contained the same deficiency. Dkt. 5. On July 17,

REPORT AND RECOMMENDATION - 1

1  2019, the Clerk of Court again informed the plaintiff his IFP application was deficient and
2  instructed plaintiff to cure the deficiency by August 16, 2019, and that the status of his case
3  could be affected if the deficiencies were not corrected. Dkt. 6. On August 21, 2019, plaintiff
4  submitted another IFP form which contained the same deficiency yet again. Dkt. 7.

5      As plaintiff has been given numerous opportunities to cure the deficiency in his IFP
6  application and has failed to do so, the Court recommends this case be **DISMISSED without**
7  **prejudice and with leave to re-file** due to plaintiff's failure to comply with a directive of the
8  Court.

9      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
10 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
11 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
12 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
13 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on
14 **September 13, 2019,** as noted in the caption.

15     Dated this 27th day of August, 2019.

Theresa L. Fricke
United States Magistrate Judge

- 2