UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN A. RICHARDSON III,<br><br>               Plaintiff,<br><br>v.<br><br>MARGARET GILBERT,<br><br>               Defendant. | CASE NO. C19-5525 BHS<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AND RE-REFERRING CASE TO MAGISTRATE JUDGE |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R, Plaintiff's objections, and the remaining record does hereby find and order as follows:

(1) The R&R recommending dismissal of the complaint is **DECLINED as moot** in light of Plaintiff's filing of a proper *in forma pauperis application*;

(2) The matter is re-referred to the Honorable Teresa L. Fricke for further proceedings.

Dated this 2nd day of December, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER